**Martin R. Stolar**
351 Broadway
New York, NY 10013
212-219-1919 (fax) 212-941-0980
mrslaw37@hotmail.com

August 29, 2007

VIA MAIL & ECF

Hon. Thomas P. Griese
United States District Court
500 Pearl Street
New York, NY 10007

                Re: U.S. v.Julie Gillman
                    07 Cr. 500 (TPG)

Dear Judge Griese:

      I write to request that my above-referenced client be excused from attending the status conference in the Callock case now scheduled for September 5, 2007.

      Because I believe the only subject to be discussed at the conference is scheduling, it does not seem a good use of limited resources to have my client travel from her home in Alliance, Ohio to New York City.

      I have spoken with AUSA Jenna Dabbs who has no objection to this request.

                                              Very truly yours,

                                              Martin R. Stolar

MRS/s
cc: Jenna Dabbs, Esq.(via ECF)
    Julie Gillman