**Martin R. Stolar**

351 Broadway
New York, NY 10013
212-219-1919 (fax) 212-941-0980
mrslaw37@hotmail.com

November 8, 2007

VIA MAIL & ECF

Hon. Thomas P. Griese
United States District Court
500 Pearl Street
New York, NY 10007

Re: <u>U.S. v.Julie Gillman</u>
07 Cr. 500 (TPG)

Dear Judge Griese:

      I write to request that my above-referenced client be excused from attending the status conference in the <u>Callock</u> case now scheduled for November 13, 2007.

      Because I believe the only subject to be discussed at the conference is scheduling, it does not seem a good use of limited resources to have my client travel from her home in Alliance, Ohio to New York City.

      I have spoken with AUSA Jenna Dabbs who has no objection to this request.

                                                               Very truly yours,

                                                              Martin R. Stolar

MRS/s
cc: Jenna Dabbs, Esq.(via ECF)
    Julie Gillman