**Martin R. Stolar**
351 Broadway
New York, NY 10013
212-219-1919 (fax) 212-941-0980
mrslaw37@hotmail.com

December 24, 2007

VIA MAIL & ECF

Hon. Thomas P. Griese
United States District Court
500 Pearl Street
New York, NY 10007

        Re: U.S. v.Julie Gillman
           07 Cr. 500 (TPG)

Dear Judge Griese:

    I write to request that my above-referenced client be excused from attending the status conference in the Callock case now scheduled for January 11, 2008.

    Because I believe the only subject to be discussed at the conference is scheduling and possible disposition, it does not seem a good use of limited resources to have my client travel from her home in Alliance, Ohio to New York City.

    I have spoken with AUSA Jenna Dabbs who has no objection to this request.

                                   Very truly yours,

                                   Martin R. Stolar

MRS/s
cc: Jenna Dabbs, Esq.(via ECF)
    Julie Gillman