**MEMO ENDORSED**

**Martin R. Stolar**
351 Broadway
New York, NY 10013
212-219-1919 (fax) 212-941-0980
mrslaw37@hotmail.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08

December 24, 2007

VIA MAIL & ECF

Hon. Thomas P. Griese
United States District Court
500 Pearl Street
New York, NY 10007

JAN 2 2008

Re: U.S. v. Julie Gillman
07 Cr. 500 (TPG)

Dear Judge Griese:

    I write to request that my above-referenced client be excused from attending the status conference in the Callock case now scheduled for January 11, 2008.

    Because I believe the only subject to be discussed at the conference is scheduling and possible disposition, it does not seem a good use of limited resources to have my client travel from her home in Alliance, Ohio to New York City.

    I have spoken with AUSA Jenna Dabbs who has no objection to this request.

Approved
Thomas␣Griesa
1/3/08

Very truly yours,

Martin R. Stolar

MRS/s
cc: Jenna Dabbs, Esq. (via ECF)
    Julie Gillman