```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - against -

Julie Gillman

            Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

07 Cr. 500 (TPG)

      WHEREAS this Court has found that the defendant Julie Gilman, a resident of Alliance, Ohio is financially unable to afford the expenses for transportation to this Court, it is hereby

      ORDERED, pursuant to 18 U.S.C. §4285, that the United States marshal shall arrange for Julie Gillman's appearance in court by means of non-custodial transportation or furnish the fare for such transportation and in addition shall furnish Julie Gillman with an amount of money for subsistence expenses to her destination, not to exceed the amount authorized as a per diem for travel under section 5702(a) of title 5, United States Code.

So Ordered:

Dated: New York, NY
       August 26, 2008

_____
Thomas P. Griesa
United States District Judge

1