USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    ORDER

     - against -

                            07 Cr. 500 (TPG)

Julie Gillman

           Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       WHEREAS this Court has found that the defendant Julie Gilman, a resident

of Alliance, Ohio is financially unable to afford the expenses for transportation to this Court,

it is hereby

       ORDERED, pursuant to 18 U.S.C. §4285, that the United States marshal shall

arrange for Julie Gillman's appearance in court on September 16, 2008 from her home in

Alliance, OH by means of non-custodial transportation or furnish the fare for such

transportation and for her return trip to her home in Alliance, OH and, in addition, the Pre-

Trial Services Agency shall furnish Julie Gillman with an amount of money for subsistence

expenses to and from her destination, not to exceed the amount authorized as a per diem for

travel under section 5702(a) of title 5, United States Code.

                                 So Ordered:

Dated: New York, NY
       September 3 , 2008

                                 Thomas P. Griesa
                                 United States District Judge

1