```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    ORDER

    - against -
                                                                                             07 Cr. 500 (TPG)

Julie Gillman

              Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       WHEREAS this Court has found that the defendant Julie Gillman, a resident of Alliance, Ohio is financially unable to afford the expenses for transportation to this Court, it is hereby

       ORDERED, that subsistence money for hotel, meals and transportation in the amount of $400 provided to her by her counsel, Martin R. Stolar shall be reimbursed to him from funds available under the Criminal Justice Act.

                                                                           So Ordered:

Dated: New York, NY
       September 18, 2008

                                                            Thomas P. Griesa
                                                            United States District Judge